IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

PERRY CLINE, on behalf of himself
and all others similarly situated,
    Plaintiff,

v.                                            Civil Action No. 6:17-cv-313-JAG

SUNOCO, INC. (R&M), and,
SUNOCO PARTNERS MARKETING
& TERMINALS, L.P.,
    Defendants.

## ORDER

This matter comes before the Court on the defendants' motion to stay. (Dk. No. 131.) For the reasons stated in the accompanying Opinion, the Court DENIES the motion.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 30 October 2019
Richmond, VA

/s/ John A. Gibney, Jr.
United States District Judge

5