# EXHIBIT 4

| | |
|---|---|
| **Subject:** | Cline v. Sunoco: SQL Code for Krause Supplemental Report |
| **Date:** | Wednesday, December 4, 2019 at 6:01:47 PM Central Standard Time |
| **From:** | McClure, Daniel |
| **To:** | Brad Beckworth, Brooke Churchman, Cody Hill, Drew Pate, Emily Kitch, Jason Ryan, Jeff Angelovich, Larry Murphy, Lisa Baldwin, mburrage@whittenburragelaw.com, Patranell Britten Lewis, Patrick Ryan, Paula Jantzen, Philiip Whaley, Robert Norton Barnes, Susan Whatley, Trey Duck |
| **CC:** | Robert D. Woods (rwoods@yettercoleman.com), 'Yetter, Paul', Torres, Maria |
| **Attachments:** | Suspense Code Analysis Steps.zip, Suspense Code Analysis.zip |

Counsel, here are back-up materials supporting the Krause Supplemental Report of December 2, 2019, which you might want to see. We designate these as confidential, and will supply identical bates-numbered versions tomorrow.

Dan McClure

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.