# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PERRY CLINE, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Case No. 17-cv-313-JAG ) |
| SUNOCO, INC. (R&M) and SUNOCO PARTNERS MARKETING & TERMINALS, L.P., | ) ) ) ) ) |
| Defendants. | ) |

## CLASS COUNSEL'S PROPOSED PLAN FOR DISTRIBUTION OF DAMAGES AWARD PURSUANT TO COURT ORDER (DKT. NO. 299)

Perry Cline ("Class Representative"), on behalf of the Certified Class, files this Proposed Plan for Distribution of Damages Award Pursuant to Court Order (Dkt. No. 299).

## BACKGROUND

On August 17, 2020, the Court entered its Opinion and Order following the bench trial in this case. *See* Dkt. Nos. 298-99. The Court awarded judgment against Defendants "in the amount of $74,763,113.00 as of December 16, 2019, plus any additional interest that has accrued on each payment at a rate of 12 percent, compounding annually, from December 17, 2019, to the date of this Order, subject to the modifications as set forth below." Dkt. No. 299 at ¶2. The Court also awarded "punitive damages in the amount of $75,000,000." *Id.* at ¶3. After briefing on additional accrued interest, the Court entered its Judgment Order on August 27, 2020, awarding damages in the amount of $80,691,486.00 in actual damages and $75,000,000.00 in punitive damages. Dkt. No. 308.

Regarding distribution of the damages award, the Court ordered Class Counsel to file "a brief setting forth its proposed plan for distribution of the damages award." Dkt. No. 299 at ¶8. Pursuant to the Court's instructions, Class Representative submits this Proposed Plan for Distribution of Damages Award, and would respectfully show the Court as follows:

**PROPOSED PLAN OF DISTRIBUTION**

1. Class Counsel submit herewith a proposed plan for distribution of damages to the Class that complies with Tenth Circuit precedent by establishing the "formula that will determine the division of damages among class members and the principles that will guide the disposition of any unclaimed funds." *Strey v. Hunt Int'l Resources Corp.*, 696 F.2d 87, 88 (10th Cir. 1982); *Cook v. Rockwell Int'l Corp.*, 618 F.3d 1127, 1138 (10th Cir. 2010) (holding the "Plan of Allocation's basic formula for determining individual damages sufficiently complies with *Strey* and the Rule 54(b) judgment entered by the district court is final."). *See* Exhibit 1 (the "Plan of Allocation").

2. The Plan of Allocation was created by Class Representative's accounting expert, Barbara Ley, who the Court found "testified credibly, and described a thorough and defensible method of calculating the amount due from Sunoco" at the trial of this matter. *See* Dkt. No. 298 at 12. The Plan of Allocation created by Ms. Ley provides a thorough framework for determining each individual class member's share of the judgment based on each class member's damages. *See* Exhibit 1.

3. The Plan of Allocation calculates a proportionate percentage of the Judgment allocated to each class member based on the damages calculations Ms. Ley testified to at trial. Thus, the Plan of Allocation is based on the application of simple mathematical principles (a statutory formula) to identifiable records and the total liability figures established by the Court's Judgment. In doing so, the Plan of Allocation directs the method of allocating damages among the

individual class members, without providing exact damages amounts at this time.[1] The Plan of Allocation does not require resolution of complex issues or calculations that could be altered on appeal. In other words, although the Judgment and/or the damages awards could be altered on appeal, the *formula* in the Plan of Allocation will not change regardless of the outcome of the appeal.

4. In order to effectuate the proposed Plan of Allocation, Class Representative requests the Court appoint JND Legal Administration ("JND") as the Judgment Administrator. The Court previously approved JND as the Notice Administrator in connection with class certification notice in this action. *See* Dkt. No. 159. Further, JND has served as administrator in numerous other oil and gas class actions and undoubtedly is equipped to handle the administration and distribution of the Judgment here. *See, e.g., Reirdon v. XTO Energy*, Case No. 16-cv-00087-KEW (E.D. Okla. Oct. 2017), Order Granting Preliminary Approval of Class Action Settlement at 7 (Dkt. No. 79); *Reirdon v. Cimarex Energy Co.*, Case No. 16-cv-000113-KEW (E.D. Okla. Sept. 2018), Order Granting Preliminary Approval of Class Action Settlement at 7 (Dkt. No. 57); *Chieftain Royalty Co. et al. v. Marathon Oil Co.*, Case No. ICV-17-334-SPS (E.D. Okla. Dec. 2018), Order Granting Preliminary Approval of Class Action Settlement at 7 (Dkt. No. 74).

5. Once JND distributes the Judgment to all Class Members using commercially reasonable efforts according to the ultimate Plan of Allocation approved by the Court following resolution of Defendants' appeal, any portion of the Judgment remaining as a result of uncashed distribution checks, inability to locate class members and/or other such reasons, will be considered

---

[1] At this time, Class Representative is unable to include the actual dollar figures each class member would receive under the proposed Plan of Allocation. This information will not be known until the Court makes determinations regarding attorney's fees, expenses, and any case contribution award for Class Representative. And, the Parties have jointly requested those determinations not be made until after Defendants' appeal is resolved. *See* Dkt. No. 316.

"Residual Unclaimed Funds." It is impossible to determine at this time how much, if any, Residual Unclaimed Funds, there will be. As such, Class Counsel will file a motion informing the Court of the amount of Residual Unclaimed Funds after JND has completed its distribution efforts. That motion will also move the Court for an order directing how to distribute, dispose of, or otherwise handle any Residual Unclaimed Funds. The Court may also set a deadline for any responses or comments from interested parties regarding the distribution, disposal, and/or handling of Residual Unclaimed Funds.

6. Because the Plan of Allocation provides a basic formula for determining the proportionate percentages of the Judgment to be allocated to each class member based on the damages calculations provided at trial and in compliance with Tenth Circuit law, Class Counsel respectfully request the Court approve the proposed Plan of Allocation and attach it to the Judgment Order.

DATED: September 8, 2020.

Respectfully submitted,

*/s/Bradley E. Beckworth*
Bradley E. Beckworth, OBA No. 19982
Jeffrey Angelovich, OBA No. 19981
Andrew G. Pate, TX Bar No. 24079111
Trey Duck, OBA No. 33347
NIX PATTERSON, LLP
3600 North Capital of Texas Highway
Suite 350, Building B
Austin Texas, 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
*bbeckworth@nixlaw.com*
*jangelovich@nixlaw.com*
*dpate@nixlaw.com*
*tduck@nixlaw.com*

Susan Whatley, OBA No. 30960
NIX PATTERSON, LLP
P.O. Box 178
Linden, Texas 75563
Telephone: (903) 215-8310
*swhatley@nixlaw.com*

Patrick M. Ryan, OBA No. 7864
Phillip G. Whaley, OBA No. 13371
Jason A. Ryan, OBA No. 18824
Paula M. Jantzen, OBA No. 20464
RYAN WHALEY COLDIRON JANTZEN PETERS
 & WEBBER PLLC
900 Robinson Renaissance
119 North Robinson
Oklahoma City, OK 73102
Telephone: 405-239-6040
Facsimile: 405-239-6766
*pryan@ryanwhaley.com*
*pwhaley@ryanwhaley.com*
*jryan@ryanwhaley.com*
*pjantzen@ryanwhaley.com*

Michael Burrage, OBA No. 1350
WHITTEN BURRAGE
1215 Classen Dr.
Oklahoma City, OK 73103
Telephone: (405) 516-7800
Facsimile: (405) 516-7859
*mburrage@whittenburragelaw.com*

Robert N. Barnes, OBA No. 537
Patranell Lewis, OBA No. 12279
Emily Nash Kitch, OBA No. 22244
BARNES & LEWIS, LLP
208 N.W. 60th Street
Oklahoma City, OK 73118
Telephone: (405) 843-0363
Facsimile: (405) 843-0790
*rbarnes@barneslewis.com*
*plewis@barneslewis.com*
*ekitch@barneslewis.com*

Lawrence R. Murphy, Jr., OBA No. 17681
SMOLEN LAW, PLLC
611 South Detroit Avenue

Tulsa, Oklahoma 74120
Telephone: (918) 777-4529
Facsimile:(918) 890-4529
*larry@smolen.law*

**CLASS COUNSEL AND ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to all registered parties.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 8, 2020.

*/s/ Bradley E. Beckworth*
Bradley E. Beckworth
