IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

PERRY CLINE, on behalf of himself and       §
all others similarly situated,              §
                                            §   Case No: 6:17-cv-313-JAG
          *Plaintiffs*,                      §
v.                                          §
                                            §
SUNOCO, INC. (R&M); and                     §
SUNOCO PARTNERS                             §
MARKETING & TERMINALS, L.P.,                §
                                            §
          *Defendants*.                      §

## NOTICE OF APPEAL
## OF SUNOCO, INC. (R&M) AND
## SUNOCO PARTNERS MARKETING & TERMINALS, L.P.

Defendants Sunoco, Inc. (R&M) (now Sunoco (R&M), LLC) and Sunoco Partners

Marketing & Terminals, L.P. (collectively, "Defendants") hereby file this Notice of Appeal, to the

United States Court of Appeals for the Tenth Circuit, from the Court's Opinion (Dkt. 349) and

Order (Dkt. 350) issued December 9, 2020.[1]  For the avoidance of doubt, Defendants appeal from

all rulings adverse to Defendants in this case, including, without limitation, the Court's Opinion

(Dkt. 349) and Order (Dkt. 350) issued December 9, 2020; the Court's plan of allocation; the

Opinion and Order granting class certification entered October 3, 2019 (Dkt. 126 & 127); the

Opinion and Order denying Defendants' motion to exclude Barbara Ley entered October 3, 2019

(Dkt. 124 & 125); the Memorandum Order denying Defendants' motion to clarify the class

---

[1] Sunoco previously filed a Notice of Appeal, Amended Notice of Appeal, and Second Amended Notice of Appeal in this case. Dkt. 306, 309, 340.  The Tenth Circuit, in No. 20-7064, *sua sponte* requested briefing on whether there is a final, appealable judgment.  That Court has issued no ruling following that briefing.

definition entered November 26, 2019 (Dkt. 186); the Opinion and Order granting partial summary judgment entered December 10, 2019 (Dkt. 231 & 232); the Opinion and Order entered August 17, 2020 (Dkt. 298 & 299); the August 27, 2020 ruling in which the Court overruled Defendants' objections to the award of additional damages; the August 27, 2020 ruling in which the Court stated that it would enter judgment in favor of Plaintiffs; the "Judgment Order" entered August 27, 2020 (Dkt. 308); and any and all other rulings adverse to Defendants in this case.

If an Amended Notice of Appeal, rather than Notice of Appeal, is required, then Sunoco hereby also files this Notice of Appeal as an Amended Notice of Appeal.

Respectfully submitted,

Mark D. Christiansen OBA # 1675
**EDINGER LEONARD & BLAKLEY PLLC**
6301 N. Western Avenue, Suite 250
Oklahoma City, OK 73118
Telephone: (405) 702-9900
Fax: (405) 605-8381
mchristiansen@elbattorneys.com

R. Paul Yetter *(pro hac vice)*
pyetter@yettercoleman.com
Robert D. Woods *(pro hac vice)*
rwoods@yettercoleman.com
**YETTER COLEMAN LLP**
811 Main Street, Suite 4100
Houston, TX 77002
Telephone: (713) 632-8000
Fax: (713) 632-8002

*/s/Daniel M. McClure*
Daniel M. McClure OBA # 20414
dan.mcclure@nortonrosefulbright.com
Matthew A. Dekovich *(pro hac vice)*
matt.dekovich@nortonrosefulbright.com
Mark T. Emery
mark.emery@nortonrosefulbright.com
Rebecca J. Cole *(pro hac vice)*
rebecca.cole@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone (713) 651-5151
Fax (713) 651-5246

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on today's date, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system that will send notice of electronic filing to all counsel of record, including the following:

Michael Burrage
WHITTEN BURRAGE
mburrage@whittenburragelaw.com

Bradley E. Beckworth
Jeffrey J. Angelovich
Lisa P. Baldwin
Andrew G. Pate
Trey Duck
Cody L. Hill
NIX PATTERSON, LLP
bbeckworth@nixlaw.com
jangelovich@npraustin.com
lbaldwin@nixlaw.com
dpate@nixlaw.com
tduck@nixlaw.com
codyhill@nixlaw.com
bchurchman@nixlaw.com

Susan R. Whatley
NIX PATTERSON, LLP
swhatley@nixlaw.com

Patrick M. Ryan
Philip G. Whaley
Jason A. Ryan
Paula M. Jantzen
RYAN WHALEY COLDIRON JANTZEN
PETERS & WEBBER PLLC
pryan@ryanwhaley.com
pwhaley@ryanwhaley.com
jryan@ryanwhaley.com
pjantzen@ryanwhaley.com

Lawrence R. Murphy, Jr.
LAWRENCE R. MURPHY, JR., P.C.
larrymurphy999@gmail.com

Robert N. Barnes
Patranell Lewis
Emily Nash Kitch
BARNES & LEWIS, LLP
208 NW 60th Street
Oklahoma City, OK 73118
rbarnes@barneslewis.com
plewis@barneslewis.com
ekitch@barneslewis.com

*/s/ Daniel M. McClure*
Daniel M. McClure

4