IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PERRY CLINE**, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff / Judgment Creditor, | ) ) |
| v. | ) Case No. 17-cv-313-JAG ) |
| **SUNOCO, INC. (R&M)** and **SUNOCO PARTNERS MARKETING & TERMINALS, L.P.**, | ) ) ) ) ) |
| Defendants / Judgment Debtors. | ) |

### SUPPLEMENTAL DECLARATION OF JENNIFER M. KEOUGH ON BEHALF OF JUDGMENT ADMINISTRATOR, JND LEGAL ADMINISTRATION LLC, <u>REGARDING</u> <u>ESTABLISHMENT OF JUDGMENT FUND ACCOUNT</u>

I, JENNIFER M. KEOUGH, declare and state as follows:

1. I am the Chief Executive Officer and President of JND Legal Administration ("JND"). This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

2. On October 24, 2022, I executed my Declaration of Jennifer M. Keough on Behalf of Judgment Administrator, JND Legal Administration LLC, Regarding Establishment of Judgment Fund Account (ECF 531-1). I submit this Supplemental Declaration to update the Court regarding developments since that time.

3. On November 2, 2022, JND received notification from Attorneys for Sunoco Defendants that a payment had been made to the Judgment Fund Account by wire transfer. JND subsequently confirmed receipt in that account of funds in the amount of $161,132,229.03.

4.     As indicated in my prior Declaration, JND shall invest any funds in excess of $100,000 in United States Treasury Bills having maturities of 90 days or less, or money market mutual funds comprised of investments secured by the full faith and credit of the United States Government, or an account fully insured by the United States Federal Deposit Insurance, and will continue to advise the Court of the status of the Judgment Fund Account.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on November 18, 2022, at Seattle, Washington.

By: _____
JENNIFER M. KEOUGH