```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF OKLAHOMA

PERRY CLINE, on behalf of      )
himself and all others         )
similarly situated,            )
                               )
            Plaintiff,         )
                               )
v.                             )    Case No. CIV-17-313-JAG
                               )
SUNOCO, INC. (R&M) and         )
SUNOCO PARTNERS MARKETING &    )
TERMINALS, L.P.,               )
                               )
            Defendants.        )
```

### FINDINGS AND RECOMMENDATION

On December 1, 2022, this Court conducted a hearing with regard to the following motions:

- Plaintiff's/Judgment Creditor's Motion for Entry of Order and Notice of Default Under 12 Okla. Stat. § 1179 (Docket Entry #535).

- Sunoco Defendants' Motion to Dismiss Garnishment Proceedings against Atlantic Trading & Marketing, Inc., Opposition to Plaintiff's Motion for Entry of Order and Notice of Default (Docket Entry #559).

- Sunoco Defendants' Motion to Dismiss Garnishment Proceeding against BP Products North America (Docket Entry #560).

- Sunoco Defendants' Motion to Dismiss Garnishment Proceeding against Castleton Commodities Merchant Trading, L.P. (Docket Entry #561).

- Sunoco Defendants' Motion to Dismiss Garnishment Proceedings against Energy Transfer Crude Marketing, LLC Opposition to Plaintiff's Motion for Entry of Order and Notice of Default (Docket Entry #562).

- Sunoco Defendants' Motion to Dismiss Garnishment Proceedings against Energy Transfer Crude Trucking, LLC, Opposition to

    Plaintiff's Motion for Entry of Order and Notice of Default (Docket Entry #563).

- Sunoco Defendants' Motion to Dismiss Garnishment Proceedings against Gunvor USA, LLC, Opposition to Plaintiff's Motion for Entry of Order and Notice of Default (Docket Entry #564).

- Sunoco Defendants' Motion to Dismiss Garnishment Proceeding against Marathon Petroleum Company, LP (Docket Entry #565).

- Sunoco Defendants' Motion to Dismiss Garnishment Proceeding against Marathon Petroleum Logistics Services, LLC (Docket Entry #566).

- Sunoco Defendants' Motion to Dismiss Garnishment Proceeding against Marathon Petroleum Supply and Trading LLC (Docket Entry #568).

- Sunoco Defendants' Motion to Dismiss Garnishment Proceeding against Motiva Enterprises, LLC (Docket Entry #569).

- Sunoco Defendants' Motion to Dismiss Garnishment Proceeding against Phillips 66 Company (Docket Entry #570).

- Sunoco Defendants' Motion to Dismiss Garnishment Proceeding against Range Resources Corporation (Docket Entry #571).

- Sunoco Defendants' Motion to Dismiss Garnishment Proceeding against Saratoga RP East, LLC, Opposition to Plaintiff's Motion for Entry of Order and Notice of Default (Docket Entry #572).

- Sunoco Defendants' Motion to Dismiss Garnishment Proceeding against Truman Arnold Companies (Docket Entry #573).

- Sunoco Defendants' Motion to Dismiss Garnishment Proceedings against Valero Marketing & Supply Co., Opposition to Plaintiff's Motion for Entry of Order and Notice of Default (Docket Entry #574).

- Sunoco Defendants' Verified Motion to Enjoin Garnishments and Any Further Enforcement Efforts (Docket Entry #580).

- Plaintiff's Motion to Strike Defendants' Motion to Enjoin Garnishments and Any Further Enforcement Efforts (Docket Entry #592).

These matters were referred to the undersigned for the entry of Findings and Recommendation by United States District Judge John A Gibney, Jr. who presides over this case.

After beginning their respective arguments, counsel for both parties expressed a desire to negotiate possible resolution to the pending issues before the Court. Through their commendable efforts, the parties reached a set of stipulated agreements with regard to the subject motions coming on for hearing. These stipulations are as follows as reflected on the record at the hearing:

1) Based upon their representations on the record, both in writing and through their counsel at the hearing, Defendants will not attempt to stop the distribution process of the proceeds deposited with the Judgment Administrator to the class members going forward.

2) Defendants reserve any rights that they have on their pending appeals.

3) Based upon Defendants' representations, Plaintiff will dismiss all of the pending garnishment actions without prejudice to reinstituting them. This will effectively

3

moot Defendants' various motions to dismiss the pending garnishments proceedings (Docket Entry Nos. 559-566, 568-574). No new garnishment actions will be initiated by Plaintiff so long as all parties continue to abide by their agreements. Plaintiff also agrees to withdraw the Motion for Entry of Order and Notice of Default Under 12 Okla. Stat. § 1179 (Docket Entry #535).

4) Defendants agree that they will not oppose on any basis, including jurisdiction, or take a position with regard to the attorney fee schedule represented in Docket Entry #577 at page 6. This Court recommends that the referenced schedule be adopted by the District Court moving forward on Class Counsel's Motion for Attorney's Fees and Litigation Expenses and Class Representative's Motion for Case Contribution Award. Defendants agree to withdraw their opposition to the schedule.

5) Defendants agree to withdraw the Verified Motion to Enjoin Garnishments and Any Further Enforcement Efforts (Docket Entry #580) thereby mooting Plaintiff's Motion to Strike Defendants' Motion to Enjoin Garnishments and Any Further Enforcement Efforts (Docket Entry #592).

IT IS THEREFORE THE RECOMMENDATION OF THIS COURT that the agreement of the parties set forth herein be adopted by the

presiding District Judge to govern the actions of the parties moving forward in this case.

The parties are given fourteen (14) days from the date of service of these Findings and Recommendation to file any objections with the Clerk of the Court together with a supporting brief. The failure to object will preclude appellate review of these Findings and Recommendation.

IT IS SO ORDERED this  5th  day of December, 2022.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE