IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

PERRY CLINE, on behalf of himself
and all others similarly situated,
        Plaintiff,

v.                                  Civil Action No. 6:17cv313-JAG

SUNOCO, INC. (R&M), and,
SUNOCO PARTNERS MARKETING
& TERMINALS, L.P.,
        Defendants.

## ORDER

This matter comes before the Court on United States Magistrate Judge Kimberly West's Findings and Recommendation. (ECF No. 601.) Upon due consideration, and having reviewed the parties' Agreed Statement of No Objection, (ECF No. 603), the Court ADOPTS Judge West's Findings and Recommendation, (ECF No. 601). Accordingly, the Court ORDERS that the Findings and Recommendation shall govern the actions of the parties moving forward in this matter. The Court further commends the parties for their efforts in reaching a set of stipulated agreements.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 20 December 2022
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge