IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

PERRY CLINE, on behalf of himself
and all others similarly situated,
              Plaintiff,

v.                                                    Civil Action No. 6:17cv313-JAG

SUNOCO, INC. (R&M), and,
SUNOCO PARTNERS MARKETING
& TERMINALS, L.P.,
              Defendants.

## ORDER

  This matter comes before the Court on United States Magistrate Judge Kimberly West's

Findings and Recommendation.  (ECF No. 543.)  Upon due consideration, the Court ADOPTS IN

PART Judge West's Findings and Recommendation.  The Court ORDERS as follows:

1. The Court deems the asset hearing CONCLUDED.

2. The Court DENIES the defendants' motion to deposit funds.  (ECF No. 503.)

3. The Court DENIES AS MOOT the defendants' request to stay the plaintiff's garnishment

    actions, following the Court's December 20, 2022, Order.  (ECF No. 605.)

    It is so ORDERED.

    Let the Clerk send a copy of this Order to all counsel of record.

Date: 3 April 2023
Richmond, VA

       /s/
       John A. Gibney, Jr.
       Senior United States District Judge