# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PERRY CLINE, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>SUNOCO, INC. (R&M) and SUNOCO PARTNERS MARKETING & TERMINALS, L.P.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 6:17-cv-313-JAG<br>)<br>)<br>)<br>)<br>)<br>) |

## AMENDED AWARD OF ACTUAL DAMAGES

This matter comes before the Court following a bench trial and numerous appeals that resulted in a determination that the judgment was not yet final. The Court held a trial in this case on December 16-19, 2019, and heard closing arguments on June 17, 2020. On August 17, 2020, the Court entered its Opinion and Order in this matter. (ECF Nos. 298-299.) The Court entered a Judgment Order on August 27, 2020, to update the actual damages based on the interest statute, awarding damages in the amount of $80,691,486.00 in actual damages and $75,000,000.00 in punitive damages. (ECF No. 308.)

On August 3, 2023, the Tenth Circuit Court of Appeals ruled that the judgment in this case is not yet final and remanded the case for further proceedings. In accordance with its reasoning for the August 27, 2020 order and its October 17, 2023 order (ECF No. 642), the Court now updates the actual damages based on the interest statute and awards an additional $23,181,516.50 in actual damages for interest that accrued after the Court's August 27, 2020 order, for a total of $103,873,002.50 in actual damages.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 19 October 2023
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge
John A. Gibney, Jr.
United States District Judge

2