## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PERRY CLINE, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 6:17-cv-313-JAG |
| SUNOCO, INC. (R&M) and SUNOCO PARTNERS MARKETING & TERMINALS, L.P., | ) ) ) ) | |
| Defendants. | ) ) | |

### RULE 58 JUDGMENT ORDER

Under Rule 58, the Court hereby ENTERS JUDGMENT against the Defendants in accordance with the reasoning stated in the Court's August 17, 2020 opinion, (ECF No. 298), and its prior Order (ECF No. 299.) In addition to the actual damages of $80,691,486.00 calculated as of the prior Judgment Order on August 27, 2020 (ECF No. 308), the Court awards an additional $23,181,516.50 in actual damages in accordance with its October 17, 2023 order (ECF No. 642.)

The total amount awarded to Plaintiffs from Defendants, therefore, is $103,873,002.50 in actual damages and $75,000,000.00 in punitive damages.

The Court attaches hereto as Exhibit A an Amended Plan of Allocation Order.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 19 October 2023
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge
John A. Gibney, Jr.
United States District Judge