UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

PERRY CLINE, on behalf of himself,  )
And all others similarly situated,  )
                                    )   Case No.      CIV-17-313-JAG
            Plaintiff,              )
                                    )   Date:         3/16/2026
                                    )   Time:         12:38 p.m. – 12:58 p.m.
vs.                                 )
                                    )
SUNOCO, INC., (R&M), and SUNOCO     )
PARTNERS MARKETING &                )
TERMINALS, L.P.,                    )
                                    )
            Defendants.             )

## MINUTE SHEET – MOTION HEARING

John A. Gibney, Jr., Judge        A. Harmes, Law Clerk        S. Ottwell, Court Reporter
                                  K. Hayes, Deputy Clerk      FTR – Courtroom 3


Counsel for Plaintiff:    Andrew Pate, Jason Ryan, and Bradley Beckworth; Russell Post (Appellate)

Counsel for Defendants:   R. Paul Yetter and Daniel M. McClure

**MINUTES:**

Comes on for video conference. Court addressed Plaintiff's Motion for Order to Show Cause and Enforce Security Providers' Liability Pursuant to Rule 65.1 [Dkt. No. 690]. Plaintiff's oral argument. Defendants' response. Plaintiff's reply. Court directed Plaintiff to submit brief regarding continuing jurisdiction issue within 7 days, Defendants directed to respond to filed brief within 7 days, and Plaintiff directed to reply to filed response within 7 days. Nothing further.

COURT ADJOURNED