IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

PERRY CLINE, on behalf of himself
and all others similarly situated,
Plaintiff,

v.                                                          Civil Action No. 6:17cv313-JAG

SUNOCO, INC. (R&M), and,
SUNOCO PARTNERS MARKETING
& TERMINALS, L.P.,
Defendants.

## ORDER

This matter comes before the Court on its own initiative. On February 23, 2026, the Court

entered an Amended Rule 58 Judgment following a remand from the United States Court of

Appeals for the Tenth Circuit. (ECF No. 686.) On February 25, 2026, the defendants appealed

the Amended Rule 58 Judgment. (ECF No. 689.) In response, the class representative filed a

motion to show cause and enforce security providers' liability pursuant to Federal Rule of Civil

Procedure 65.1. (ECF No. 690.) The Court held a hearing on the motion on March 16, 2026.

As discussed at the hearing, the Court DIRECTS the class representative to file a brief no

later than **March 23, 2026**, that addresses whether the Court has jurisdiction over the pending

motion in light of the defendants' appeal. The defendants SHALL file their response brief no later

than **March 30, 2026.** The class representative may file his reply no later than **April 6, 2026.**

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 17 March 2026
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge