UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

March 30, 2026

Bonnie Hackler
United States District Court for the Eastern District of Oklahoma
Office of the Clerk
100 North 5th Street
P.O. Box 607
Muskogee, OK 74401

Robert N. Barnes
Emily Nash Kitch
Patranell Britten Lewis
Barnes & Lewis
4501 North Cooper Avenue
Oklahoma City, OK 73118

Bradley E. Beckworth
Nathaniel Hall
Andrew G. Pate
Nix Patterson
8701 Bee Cave Road, Building 1, Suite 500
Austin, TX 78746

Michael Burrage
Whitten Burrage
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102

Paula Jantzen
Jason A. Ryan
Ryan Whaley
400 North Walnut Avenue
Oklahoma City, OK 73104

Daniel Mead McClure
Norton Rose Fulbright
1550 Lamar Street, Suite 2000
Houston, TX 77010

Owen McGovern
Bennett Ostdiek
Russell S. Post
Beck Redden
1221 McKinney Street, Suite 4500
Houston, TX 77010

Erin E. Murphy
Matthew Rowen
Clement & Murphy
706 Duke Street
Alexandria, VA 22314

Robert D. Woods
R. Paul Yetter
Yetter Coleman
811 Main Street, Suite 4100
Houston, TX 77002

**RE:    26-7014, Cline v. Sunoco, Inc. (R&M), et al**
Dist/Ag docket: 6:17-CV-00313-JAG

Dear Clerk and Counsel:

Please be advised that the court's order and judgment for this case issued today.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/sls

2