IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

PERRY CLINE, on behalf of himself
and all others similarly situated,
          Plaintiff,

v.                                Civil Action No. 6:17cv313-JAG

SUNOCO, INC. (R&M), and,
SUNOCO PARTNERS MARKETING
& TERMINALS, L.P.,
          Defendants.

## ORDER

This matter comes before the Court on the class's motion to show cause and enforce the security providers' liability pursuant to Rule 65.1. (ECF No. 690.). For the reasons stated in the accompanying Opinion, the Court GRANTS the motion, (*id.*), and directs the security providers to tender the class the amounts promised under their respective securities up to the full amount owed by Sunoco in this matter, including post-judgment interest for each additional day until the full amount owed has been paid. Within fourteen days of this Order, the class SHALL submit a brief and any supporting documentation addressing liability under § 1927. Within fourteen days thereafter, the defendants may reply, showing cause why the Court should not assess liability under the statute. Within 10 days thereafter, the class may respond.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: ___4 May 2026___
Richmond, VA

/s/
_____
John A. Gibney, Jr.
Senior United States District Judge