# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA


PERRY CLINE, on behalf of himself, )
and all others similarly situated, )
                                   )
                Plaintiff,         )
                                   )
     -vs-                          ) No. CIV-17-313-JHP
                                   )
SUNOCO, INC. (R&M) and             )
SUNOCO PARTNERS                    )
MARKETING & TERMINALS, L.P.,,      )
                                   )
                Defendants.        )


                        *  *  *  *  *


                TRANSCRIPT OF MOTION HEARING
        **BEFORE THE HONORABLE STEVEN P. SHREDER**
             UNITED STATES MAGISTRATE JUDGE

                      JULY 10, 2018


                        *  *  *  *  *


REPORTED BY:              KEN SIDWELL, CSR-RPR
                          United States Court Reporter
                          P.O. Box 3411
                          Muskogee, Oklahoma  74402

2

A P P E A R A N C E S

MR. PATRICK M. RYAN and MS. PAULA M. JANTZEN, Ryan, Whaley, Coldiron, Jantzen, Peters & Webber, PLLC, 119 North Robinson Avenue, Suite 900, Oklahoma City, Oklahoma, 73102, and

MR. ANDREW G. PATE, Nix, Patterson & Roach, 205 Linda Drive, Daingerfield, Texas, 75638, attorneys on behalf of the Plaintiff;

MR. MARK D. CHRISTIANSEN, McAfee & Taft, 211 North Robinson, 10th Floor, Oklahoma City, Oklahoma, 73102-7103, and

MR. DANIEL M. McCLURE, Norton, Rose, Fulbright, US LLP, 1301 McKinney, Suite 5100, Houston, Texas, 77010-3095, attorneys on behalf of the Defendant.

discovery. Defendants were willing, and, in fact, I think intended to have plaintiff bear the consequence of their late lackadaisical production of documents, and a late facially defective privilege log. They were willing to have plaintiff bear the consequence of their actions.

THE COURT: You say facially defective. In what way is it facially defective?

MS. JANTZEN: It didn't even include the minimum information with regard to the vast majority of documents identified in there. And we went through that listing in our -- in our motion. And that what they did -- and, in fact, this is another important point. Defendant's privilege log only includes emails. So what you have to believe is that in the course of this litigation, in the bowels of SUNOCO, if they did a diligent search for information that was responsive to plaintiff's discovery request, but privileged, that defendants didn't find a single document to include on their privilege log that was not an email or attached to an email.

And also importantly, that original privilege log began with a date in 2012. Their new privilege log begins with a date in 2016. So we've got a couple of things. That nowhere in SUNOCO's records is there a privilege document that is not otherwise attached to an email. So the original privilege log and the current

C E R T I F I C A T E

I, Ken Sidwell, Certified Shorthand Reporter for the Eastern Districts of Oklahoma, do hereby certify that the foregoing is a true and accurate transcription of my stenographic notes and is a true record of the proceedings held in the above-captioned case.

I further certify that I am not employed by nor related to any party to this action, and that I am in no way interested in the outcome of this matter.

In witness whereof, I have hereunto set my hand this 16th day of July, 2018.

s/Ken Sidwell
Ken Sidwell, CSR-RPR
United States Court Reporter

**United States District Court**