# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

PERRY CLINE, et al,                    )
                                       )
                 Plaintiff,            )
                                       )
            vs                         )  No. 17-CV-313-JAG
                                       )
SUNOCO, INC. (R&M) and SUNOCO          )
PARTNERS MARKETING &                   )
TERMINALS, LP.,                        )
                                       )
                 Defendant.            )
                                       )

TRANSCRIPT OF VIDEO CONFERENCE
BEFORE THE HONORABLE JOHN A. GIBNEY
UNITED STATES DISTRICT JUDGE
MARCH 16, 2026

Shelley Ottwell, RPR, CSR
United States Stenographer
P.O. Box 607
Muskogee, Oklahoma 74402

# A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF
Andrew G. Pate, Esq.
Nix Patterson, LLP
8701 Bee Cave Rd, Bldg 1, Suite 500
Austin, TX 78746

Bradley E. Beckworth, Esq.
Nix Patterson, LLP
8701 Bee Cave Rd, Bldg 1, Suite 500
Austin, TX 78746

Jason A. Ryan, Esq.
Ryan Whaley, PLLC
400 N Walnut Ave
Oklahoma City, OK 73104

Russell S. Post, Esq.
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010

ON BEHALF OF THE DEFENDANT
R. Paul Yetter, Esq.
Yetter Coleman, LLP
811 Main St, Suite 4100
Houston, TX 77002

Daniel M. McClure, Esq.
Norton Rose Fulbright US, LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010

Court.

It was going to take just as long whether we sought certiorari on the prior reversed judgment and on this judgment.  We are -- Sunoco is going to move promptly through the Tenth Circuit, and promptly file its cert petition.  It doesn't intend to try to relitigate in the Tenth Circuit issues there.  But it does intend to present those issues to the Supreme Court.

THE COURT:  So I expect then that as you promised, you will file with your appellate papers, a request for immediate summary affirmance.

Is that correct, Mr. Yetter?

MR. YETTER:  Your Honor, we have -- as part of the surreply that the Court may or may not have seen.

THE COURT:  Yeah, I got it.

MR. YETTER:  We attached it, and we tell the Tenth Circuit exactly what we're going to do.

I think the first thing we're asking is to hold the appeal in abeyance pursuant to the *Takata* case, but we're certainly -- and we've asked the court to grant an extension on us filing a summary affirmance, but we're very clear, Your Honor.

We're either going to ask -- we're going to ask

UNITED STATES DISTRICT COURT - OFFICIAL TRANSCRIPT

the Tenth Circuit to either abate the appeal or to provide summary affirmance of this appeal.

THE COURT:  I'll look for it.

MR. PATE:  Your Honor?

THE COURT:  Yes, Mr. Pate.

MR. PATE:  I just have to respond to that if I may, Your Honor.

I know -- I mean, I have a lot of respect for Mr. Yetter, but that's completely disingenuous.

You asked if they would immediately file for summary affirmance and they have asked in two ways to not do that.

They've asked the Tenth Circuit to say, hold all of this on *Takata* and then even give us more time.

So suggesting that you're moving promptly is just incorrect from anybody who can read the record, and it is offensive at this point.

THE COURT:  I understand.

If I were an attorney cross-examining Mr. Yetter, he would wish the floor would open up under him and he would fall down into an abyss, but he's not, and I'm not cross-examining him.

And I have no doubt that Sunoco will drag this out as long as they possibly can.

And Mr. Yetter's argument that nobody is hurt by

this is the equivalent of saying justice delayed is not denied.  But that's, you know.

Mr. Yetter has got a reputation as a tough litigator, and he's living up.

All right.  Thank you all very much.

I will think of you when I'm under anesthesia tomorrow, and have a pleasant couple of weeks guys. Thanks a lot.

(Proceedings concluded at 12:56 p.m.)

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:    MARCH 17, 2026

/S/ Shelley Ottwell, RPR
Shelley Ottwell, RPR, CSR
U.S. STENOGRAPHER

UNITED STATES DISTRICT COURT - OFFICIAL TRANSCRIPT