IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

PERRY CLINE, on behalf of himself
and all others similarly situated,
                          Plaintiff,

v.                                                    Civil Action No. 6:17cv313-JAG

SUNOCO, INC. (R&M), and,
SUNOCO PARTNERS MARKETING
& TERMINALS, L.P.,
                          Defendants.

## ORDER

This matter comes before the Court on an unopposed motion for an extension of time to respond to the class's motion for sanctions filed by the defendants (collectively, "Sunoco"). (ECF No. 712.)

On May 4, 2026, the Court entered an order directing the class to submit within fourteen days a brief addressing liability under 28 U.S.C. § 1927. (ECF No. 709.) The Court ordered the defendants to reply to that brief within fourteen days of its filing and further directed the class to respond within ten days thereafter. (*Id.*) The class timely filed its brief on May 18, 2026, (*see* ECF No. 711), but Sunoco now requests a twenty-day extension—from June 1, 2026, to June 21, 2026—because its counsel, Daniel McClure, Esq., who "is a target of the motion," recently underwent two brain surgeries and has "certain limitations" on his work for six-to-eight weeks post-surgery. (ECF No. 712 ¶ 4.) In addition to counsel's medical issues, Sunoco cites as grounds for the extension the "[b]readth of the motion," the "sheer volume of allegations," and the time required for "[n]ew counsel . . . to become familiar with the extensive record." (*Id.* ¶¶ 6–8.)

Upon due consideration and for good cause shown, the Court GRANTS the motion, (ECF No. 712), and DIRECTS the defendants to reply to the class's brief by June 21, 2026. The class shall respond within ten days of the reply's filing.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 26 May 2026
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge