**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| PERRY CLINE, on behalf of himself and all others similarly situated, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 6:17-CV-313-JAG |
| SUNOCO, INC. (R&M) and SUNOCO PARTNERS MARKETING & TERMINALS, L.P., | § § § § § | |
| *Defendants*. | § § § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that John T. Cox III, who is admitted to practice in this Court, enters his appearance in this case as additional counsel of record for defendants.

Dated:   June 18, 2026                                 Respectfully submitted,


R. Paul Yetter (*pro hac vice*)                      /s/ *John T. Cox III*
pyetter@yettercoleman.com                     John T. Cox III (OBA # 34113)
Robert D. Woods (*pro hac vice*)                  tcox@gibsondunn.com
rwoods@yettercoleman.com                       GIBSON, DUNN & CRUTCHER LLP
YETTER COLEMAN LLP                                2001 Ross Avenue, Suite 2100
811 Main Street, Suite 4100                         Dallas, Texas 75201
Houston, Texas 77002                                 (214) 698-3100
(713) 632-8000


Erin E. Murphy (*pro hac vice*)                    Daniel M. McClure (OBA #20414)
erin.murphy@clementmurphy.com             dan.mcclure@nortonrosefulbright.com
CLEMENT & MURPHY PLLC                         NORTON ROSE FULBRIGHT US LLP
706 Duke Street                                          1550 Lamar Street, Suite 2000
Alexandria, Virginia 22314                           Houston, Texas 77010-4106
(202) 742-8900                                            (713) 651-5159


ATTORNEYS FOR SUNOCO DEFENDANTS

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this document was served on all counsel of record by electronic service.


/s/ *John T. Cox III*
John T. Cox III