# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 1, 2026

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257


      Re:  Sunoco, Inc. (R&M), et al.
          v. Perry Cline, Individually and on Behalf of All Others Similarly
          Situated
          No. 26-1
          (Your No. 26-7014)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 26, 2026 and placed on the docket July 1, 2026 as No. 26-1.


Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst