IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

PERRY CLINE, on behalf of himself
and all others similarly situated,
Plaintiff,

v. Civil Action No. 6:17cv313-JAG

SUNOCO, INC. (R&M), and,
SUNOCO PARTNERS MARKETING
& TERMINALS, L.P.,
Defendants.

# ORDER

This matter comes before the Court on a motion for sanctions filed by the plaintiff, Perry Cline, on behalf of the class. (ECF No. 711.) For the reasons stated in the accompanying Opinion, the Court DENIES the motion. (*Id.*)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 18 August 2026
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge