**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **PERRY CLINE, on behalf of himself and all others similarly situated,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 17-cv-313-JAG** |
| **SUNOCO, INC. (R&M) and SUNOCO PARTNERS MARKETING & TERMINALS, L.P.,** | ) | |
| **Defendants.** | ) | |

**CLASS COUNSEL'S MOTION TO AMEND DKT. NO. 627 TO APPLY TO THE COURT'S AMENDED JUDGMENT**

In this Motion, Class Counsel and Class Representative ask that the Court adopt its prior reasoning (Dkt. No. 626)—granting Class Counsel's Motion for Attorney's Fees and Litigation Expenses and Class Representative's Motion for Case Contribution Award—and amend the Order (Dkt. No. 627) to expressly apply to the Court's Amended Judgment (Dkt. No. 686). After an extensive notice campaign, substantial briefing, a voluminous record, and a hearing, the Court granted the foregoing motions. **Neither Class Counsel nor Class Representative are seeking a change in their respective awards**. Rather, this motion is made out of an abundance of caution in light of the Tenth Circuit's March 30, 2026 decision and accompanying Mandate (Dkt. Nos. 704-705), as set forth in greater detail in *Cline v. Sunoco, Inc. (R&M)*, 159 F.4th 1171 (10th Cir. 2025).

Nothing has occurred that would warrant either a change in the Court's analysis or a departure from the Court's prior award. All of the salient facts supporting Class Counsel's

prior request remain unchanged. And, as previously briefed, all of the relevant factors in awarding a fee and case contribution award remain applicable. Indeed, if an adjustment were appropriate it would actually result in an ***increase***, as Class Counsel and Class Representative's time and efforts in upholding the Court's Judgment have gone significantly up since the Court's prior 2023 order.[1]

Moreover, the Tenth Circuit has since determined, in *Chieftain Royalty Co. v. EnerVest Energy Institutional Fund XIII-A, L.P.*, 166 F.4th 34 (10th Cir. 2026), that a district court acted within its discretion in awarding 33.33% of a common fund as an attorney's fee award. *Chieftain* thus further confirms this Court's award of 25% of the common fund is well within the approved range. Accordingly, Class Counsel requests that the Court adopt its prior factual findings, legal conclusions and grant this Motion.

## BACKGROUND

The Court is well-acquainted with the history of this case and the underlying issues herein. Accordingly, Plaintiff will not repeat such facts at length, only those germane to this Motion.

After the filing of Class Counsel's previous motion, a robust notice campaign (the second in this case), and hearing, this Court awarded Class Counsel attorney's fees of 25% of the Judgment Common Fund, litigation expenses up to $850,000, notice and administration costs up to $650,000, and a case contribution award of $500,000. Dkt. Nos. 626-627. However, the Court's award was entered in the midst of a flurry of appeals by

[1] Nothing in this request is intended to modify the parties' stipulation regarding statutory costs and fees (Dkt. No. 389) that were previously approved by the Court.

Sunoco challenging the underlying Judgment, which this Court recently observed "spanned nearly six years since the Court entered its Judgment Order on August 17, 2020." Dkt. No. 718. Although most of Sunoco's appeals were dismissed for lack of jurisdiction, the Tenth Circuit ultimately affirmed most of the judgment, but reversed the Court's imposition of punitive damages. *See Cline v. Sunoco, Inc. (R&M)*, 159 F.4th 1171, 1205 (10th Cir. 2025). The Court subsequently issued an Amended Judgment in the amount of $103,873,002.50 and an amended Plan of Allocation. Dkt. No. 686. Defendants have transferred that amount, plus interest, for a total of $123,876,871.65 to the Judgment Administrator. Nonetheless, the funds are being held pending Sunoco's petition for writ of certiorari to the United States Supreme Court.

## **ARGUMENT**

Class Counsel adopts the statements, arguments and authority set forth in its previous Motions (Dkt. Nos. 613-618). The findings and conclusions in the Court's prior final order regarding attorneys' fees, litigation expenses, and case contribution award still apply here and the Court should simply amend and modify its prior order to clarify that the same reasoning and decision applies to the new Amended Judgment (Dkt. No. 686). Nothing has occurred that would warrant either a change in the Court's analysis and conclusion. Specifically:

- the evidence supporting Class Counsel's fee request and case contribution award remains the same, as well as the attendant factors for a fee / case contribution award set forth in *Strack v. Continental Res., Inc.*, 2021 OK 21, 507 P.3d 609;

- Class Counsel has actually incurred ***additional time, costs and expenses*** defending the Judgment for the ***past three years***, yet counsel does not seek an increase of its award;

- the Tenth Circuit's decision resulted in an amended judgment in the amount of $103,873,002.50 (over $120 million with interest), which is still an outstanding result representing 100% of the Class's actual damages; and

- the Court's award of 25% of the Judgment Common Fund is supported by the Tenth Circuit's recent decision in *Chieftain*, which approved a fee award totaling 33.33% of the common fund entered in that case. The awarded 25% fee is well within the range approved by the Tenth Circuit.

## CONCLUSION

Simply put, what was true then remains true now—the same reasoning and decision supporting the Court's original award applies to the new Amended Judgment. Accordingly, for the foregoing reasons and those set forth in the Court's prior Order, Class Counsel requests that the Court grant this Motion to Amend Dkt. No. 627.

DATED: August 25, 2026.

Respectfully submitted,

*/s/Drew Pate*

Bradley E. Beckworth, OBA No. 19982
Jeffrey Angelovich, OBA No. 19981
Drew Pate, OBA No. 34600
Trey Duck, OBA No. 33347
**NIX PATTERSON, LLP**
8701 Bee Cave Road
Building 1, Suite 500
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
*bbeckworth@nixlaw.com*
*jangelovich@nixlaw.com*
*dpate@nixlaw.com*
*tduck@nixlaw.com*

Susan Whatley, OBA No. 30960
**NIX PATTERSON, LLP**
P.O. Box 178
Linden, Texas 75563
Telephone: (903) 215-8310
*swhatley@nixlaw.com*

Phillip G. Whaley, OBA No. 13371
Jason A. Ryan, OBA No. 18824
Paula M. Jantzen, OBA No. 20464
**RYAN WHALEY**
400 N. Walnut Ave.
Oklahoma City, OK 73104
Telephone: 405-239-6040
Facsimile: 405-239-6766
*pryan@ryanwhaley.com*
*pwhaley@ryanwhaley.com*
*jryan@ryanwhaley.com*
*pjantzen@ryanwhaley.com*

Michael Burrage, OBA No. 1350
**WHITTEN BURRAGE**
512 N. Broadway Ave., Suite 300
Oklahoma City, OK 73103
Telephone: (405) 516-7800
Facsímile: (405) 516-7859
*mburrage@whittenburragelaw.com*

Lawrence R. Murphy, Jr., OBA No. 17681
**HAMILTON MURPHY LAW**
1800 S. Baltimore Ave., Ste. 420
Tulsa, OK 74119
Telephone: (918) 973-5373
*larry@hamiltonmurphylaw.com*

**CLASS COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to all registered parties.

*/s/Drew Pate*__________________