IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

PERRY CLINE, on behalf of himself
and all others similarly situated,
Plaintiff,

v. Civil Action No. 6:17cv313-JAG

SUNOCO, INC. (R&M), and,
SUNOCO PARTNERS MARKETING
& TERMINALS, L.P.,
Defendants.

**ORDER**

This matter comes before the Court on two unopposed motions filed by the plaintiff, Perry Cline, on behalf of the class. (ECF Nos. 720, 721.) The class asks the Court to (1) amend its prior order awarding attorneys' fees and other amounts "to clarify that the same reasoning . . . applies to the new amended judgment,"[1] and (2) notify the class about that amendment.[2] But the class "does not believe the requested relief is required" because "the Court's prior awards . . . are still applicable."[3] Because the movants explicitly say their requested relief is not required, the Court DENIES the motions, (ECF Nos. 720 and 721).

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 26 August 2026
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge

[1] (*See* ECF No. 686.)

[2] (ECF No. 720, at 12; ECF No. 721, at 3.) The class proposes posting a "supplemental notice" to the case website and establishing a thirty-day objection window. (ECF No. 720, at 2.)

[3] (*Id.* at 7.) No party seeks to adjust the awards, (ECF No. 712, at 1), and the class brings these motions "out of an abundance of caution" given this case's winding appellate history. (*Id.*)