**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 5, 2026

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

Re: Sunoco, Inc. (R&M), et al.
v. Perry Cline, Individually and on Behalf of All Others Similarly Situated
No. 26-1
(Your No. 26-7014)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of National Association of Manufacturers for leave to file a brief as *amicus curiae* is granted. The petition for a writ of certiorari is denied. Justice Kavanaugh would grant the petition for a writ of certiorari. Justice Alito took no part in the consideration or decision of this motion and this petition.

Sincerely,

**Scott S. Harris**, Clerk