**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **PERRY CLINE, on behalf of himself and all others similarly situated,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 17-cv-313-JAG** |
| **SUNOCO, INC. (R&M) and SUNOCO PARTNERS MARKETING & TERMINALS, L.P.,** | ) | |
| **Defendants.** | ) | |

**<u>CLASS REPRESENTATIVE'S APPLICATION FOR FINAL DISTRIBUTION ORDER AND APPROVAL OF ADMINISTRATION, NOTICE AND DISTRIBUTION EXPENSES</u>**

Defendants' petition for writ of certiorari was denied on October 5, 2026. The Court's Amended Plan of Allocation Order states:

> At such time as the Court directs, the Judgment Administrator, in consultation with Class Counsel, shall be responsible for applying the mathematical principles established in the Plan for Distribution to ascertain the precise amounts of the Net Class Award allocable to each Class Member and each separate late payment included in the undivided accounts. The result of the Judgment Administrator's calculations shall be submitted to the Court for approval as the Final Plan for Distribution.
> …
> The Judgment Administrator shall not commence the performance of its duties under this Order until such time as the case is remanded to this Court from any appeal (or until after the expiration of the time allowed for filing such appeal, if no appeal is filed within that time).

Dkt. No. 643 at 5. All appeals have been exhausted. It is time to pay the Class Members their allocated amounts of the Net Class Award.[1]

[1] All capitalized terms not defined herein mean the same as defined in the Court's prior orders.

The Judgment Administrator has applied the mathematical principles established in the Plan for Distribution to the Net Class Award and has attached those results hereto. *See* Ex. 1 (JND Declaration and support). As such, Class Representative requests the Court enter a Final Distribution Order approving the distribution of the Net Class Award as set forth in Ex. A to the Judgment Administrator's declaration as the Final Plan for Distribution. Entry of an order permitting the distribution of the Net Class Award is proper and appropriate at this time because all the prerequisites have been satisfied: all funds to be distributed are in hand, the requisite judgments have been entered, and Sunoco has exhausted its appellate remedies. The Court approved the Amended Plan of Allocation (Dkt. No. 643), and as set forth in the foregoing notices, the Net Class Award will be allocated on a pro rata basis to identified Class Members (as identified by the court-appointed Judgment Administrator) based on the amount of their respective interest.

Additionally, the Judgment Administrator has incurred administration, notice, and distribution costs since the Court's March 23, 2023 Order approving the then-existing amount of $140,480.28 in past expenses and future expenses up to $650,000 total. Since March 23, 2023, the Judgment Administrator has incurred an additional $28,875.94 in administration, notice, and distribution costs. *See* Ex. 1 at ¶10. This amount is within the Court's prior approval of up-to $650,000. The amounts incurred are reasonable and necessary for the administration of the judgment. Therefore, the Class Representative requests the Court approve payment of those additional expenses.

**WHEREFORE**, for the reasons stated herein, Class Representative respectfully requests the Court enter the following: (1) Final Distribution Order approving the allocation and distribution set forth by the Judgment Administrator; and (2) Order approving payment of administration, notice, and distribution costs in the amount of $28,875.94.

DATED: October 19, 2026.

Respectfully submitted,

*/s/ Drew Pate*
Bradley E. Beckworth, OBA No. 19982
Jeffrey Angelovich, OBA No. 19981
Drew Pate, OBA No. 34600
Trey Duck, OBA No. 33347
**NIX PATTERSON, LLP**
8701 Bee Cave Road
Building 1, Suite 500
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
*bbeckworth@nixlaw.com*
*jangelovich@nixlaw.com*
*dpate@nixlaw.com*
*tduck@nixlaw.com*

Susan Whatley, OBA No. 30960
**NIX PATTERSON, LLP**
P.O. Box 178
Linden, Texas 75563
Telephone: (903) 215-8310
*swhatley@nixlaw.com*

Phillip G. Whaley, OBA No. 13371
Jason A. Ryan, OBA No. 18824
Paula M. Jantzen, OBA No. 20464
**RYAN WHALEY**
400 N. Walnut Ave.
Oklahoma City, OK 73104
Telephone: 405-239-6040
Facsimile: 405-239-6766
*pwhaley@ryanwhaley.com*
*jryan@ryanwhaley.com*
*pjantzen@ryanwhaley.com*

Michael Burrage, OBA No. 1350
**WHITTEN BURRAGE**
512 N. Broadway Ave., Suite 300
Oklahoma City, OK 73103
Telephone: (405) 516-7800
Facsímile: (405) 516-7859
*mburrage@whittenburragelaw.com*

Lawrence R. Murphy, Jr., OBA No. 17681
**HAMILTON MURPHY LAW**
1800 S. Baltimore Ave., Ste. 420
Tulsa, OK 74119
Telephone: (918) 973-5373
*larry@hamiltonmurphylaw.com*

**CLASS COUNSEL**

**CERTIFICATE OF CONFERENCE**

I hereby certify that Class Counsel conferred with Defendants' Counsel on October 19, 2026 who confirmed that Defendants take no position on the relief requested herein.

*/s/Drew Pate*

**CERTIFICATE OF SERVICE**

I hereby certify that I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to all registered parties.

*/s/Drew Pate*